# UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff(s), <br> v. <br> ANDREAS MAYA GOITIA VILLALOBOS, <br><br> Defendant(s). | No. C 11-00271 MEJ <br><br> **ORDER CREDITING DEFENDANT'S OVER PAYMENT OF SPECIAL ASSESSMENT FEE** |

Defendant Andreas Maya Goitia Villalobos' special assessment fee at sentencing was $10.00. Defendant paid $25.00. IT IS IS HEREBY ORDERED that $15.00 of that payment be credited towards Defendant's $1000.00 fine.

Dated: August 16, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge